Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                          Case No.:  16−31317−CMG
                          Chapter:  13
                          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charlene A Marx
   61 Hillsdale Rd
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−5372

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 9, 2017</u>          <u>Christine M. Gravelle</u>
                                  Judge, United States Bankruptcy Court